🅐AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

OCT - 4 2004

SOUTHERN  District of  TEXAS

Michael N. Milby,
Clerk of Court

LUIS ANTONIO HERNANDEZ
    Plaintiff

V.

UNITED STATES OF AMERICA
    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: B-04-CV-132

I, LUIS ANTONIO HERNANDEZ, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  FCI FORREST CITY, ARKANSAS

    Are you employed at the institution? YES    Do you receive any payment from the institution? YES

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. I WORK AS AN ORDERLY AT THE FEDERAL CORRECTIONAL INSTITUTION P.O. BOX 9000 FORREST CITY, AR 72336-9000, AND MAKE $ 426.00 PER MONTH.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends             ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
    d. Disability or workers compensation payments      ☐ Yes    ☒ No
    e. Gifts or inheritances                            ☒ Yes    ☐ No
    f. Any other sources                                ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.
    I HAVE RECEIVED, FROM FAMILY AND FRIENDS $_____ IN THE PAST _____ MONTHS.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

8-12-04
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 82033079 | Current Institution: | Forrest City FCI |
| Inmate Name: | HERNANDEZ, LUIS | Housing Unit: | HELENA U |
| Report Date: | 08/17/2004 | Living Quarters: | H16-176L |
| Report Time: | 1:54:34 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2116 |
| FRP Participation Status: | No Obligation |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 8/20/2003 |
| Local Account Activation Date: | 11/18/2003 7:03:04 AM |
| Sort Codes: | |
| Last Account Update: | 8/15/2004 10:43:57 PM |
| Account Status: | Active |
| ITS Balance: | $9.67 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $104.95 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $104.95 |
| National 6 Months Deposits: | $1,298.70 |
| National 6 Months Withdrawals: | $1,194.29 |
| National 6 Months Avg Daily Balance: | $50.35 |
| Local Max. Balance - Prev. 30 Days: | $196.05 |
| Average Balance - Prev. 30 Days: | $53.56 |

# Deposits

| Inmate Reg #: | 82033079 | Current Institution: | Forrest City FCI |
|---|---|---|---|
| Inmate Name: | HERNANDEZ, LUIS | Housing Unit: | HELENA U |
| Report Date: | 08/17/2004 | Living Quarters: | H16-176L |
| Report Time: | 2:00:18 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# |
|---|---|---|---|---|---|
| 8/12/2004 2:09:32 PM | FOR7011 | Local Collections | $120.00 | 36018 | |
| 8/11/2004 8:33:01 AM | FOR7018 | Payroll - IPP | $30.16 | JV0149 | |
| 8/10/2004 1:58:47 PM | FOR7011 | Local Collections | $50.00 | 35775 | |
| 8/3/2004 2:53:57 PM | FOR7011 | Local Collections | $20.00 | 34835 | |
| 8/3/2004 2:53:57 PM | FOR7011 | Local Collections | $60.00 | 34862 | |
| 7/26/2004 3:12:41 PM | FOR7011 | Local Collections | $40.00 | 33865 | |
| 7/13/2004 2:39:01 PM | FOR2007 | Local Collections | $30.00 | 32713 | |
| 7/9/2004 1:59:19 PM | FOR7018 | Payroll - IPP | $30.16 | JV0126 | |
| 7/7/2004 3:18:47 PM | FOR2007 | Local Collections | $30.00 | 32169 | |
| 6/29/2004 2:28:02 PM | FOR7011 | Local Collections | $35.00 | 31307 | |
| 6/15/2004 1:34:53 PM | FOR2008 | Local Collections | $40.00 | 29711 | |
| 6/10/2004 8:46:05 AM | FOR7018 | Payroll - IPP | $26.16 | JV0120 | |
| 6/2/2004 2:47:00 PM | FOR7011 | Local Collections | $40.00 | 28237 | |
| 5/27/2004 2:47:31 PM | FOR7011 | Local Collections | $20.00 | 27754 | |
| 5/13/2004 2:40:25 PM | FOR2007 | Local Collections | $30.00 | 26309 | |
| 5/10/2004 10:16:49 AM | FOR7018 | Payroll - IPP | $26.16 | JV0106 | |
| 4/30/2004 2:11:37 PM | FOR2007 | Local Collections | $30.00 | 24877 | |
| 4/12/2004 2:48:45 PM | FOR2007 | Local Collections | $104.00 | 22770 | |
| 4/9/2004 2:14:31 PM | FOR7018 | Payroll - IPP | $25.90 | JV0094 | |
| 3/26/2004 2:28:42 PM | FOR2007 | Local Collections | $45.00 | 20899 | |
| 3/18/2004 1:53:39 PM | FOR2007 | Local Collections | $20.00 | 20051 | |
| 3/16/2004 2:22:56 PM | FOR2007 | Local Collections | $20.00 | 19604 | |
| 3/16/2004 2:22:56 PM | FOR2007 | Local Collections | $30.00 | 19652 | |
| 3/10/2004 10:58:10 AM | FOR7018 | Payroll - IPP | $26.16 | 0083 | |
| 2/17/2004 3:02:42 PM | FOR2007 | Local Collections | $20.00 | 16012 | |
| 2/17/2004 3:02:42 PM | FOR2007 | Local Collections | $350.00 | 16138 | |
| 2/10/2004 10:00:43 AM | FOR7018 | Payroll - IPP | $10.08 | JV0061 | |
| 2/9/2004 3:02:03 PM | FOR2007 | Local Collections | $60.00 | 14946 | |
| 1/26/2004 3:00:49 PM | FOR2007 | Local Collections | $55.00 | 13326 | |
| 1/12/2004 9:09:59 AM | FOR7018 | Payroll - IPP | $20.16 | JV0054 | |
| 1/6/2004 2:58:52 PM | FOR0004 | Local Collections | $10.00 | 11264 | |
| 1/6/2004 2:58:52 PM | FOR0004 | Local Collections | $50.00 | 11297 | |
| 12/19/2003 3:33:08 PM | FOR0004 | Local Collections | $60.00 | 9211 | |
| 12/9/2003 3:27:26 PM | FOR0004 | Local Collections | $30.00 | 7307 | |
| 12/4/2003 3:26:02 PM | FOR0004 | Local Collections | $80.00 | 6840 | |

1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 1 4 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| LUIS ANTONIO HERNANDEZ | * |
| VS | * C.A. NO. B-04-073 |
| UNITED STATES OF AMERICA | * (Cr. No. B-03-172) |

**O R D E R**

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **September 14, 2004**. Said response shall include the transcript of the plea and sentencing record.

DONE at Brownsville, Texas, this 14th day of July 2004.

_____
Felix Recio
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
~~EASTERN DISTRICT OF ARKANSAS~~
SOUTHERN DISTRICT OF TEXAS

LUIS ANTONIO HERNANDEZ

vs.

UNITED STATES OF AMERICA

APPLICATION TO PROCEED
IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION
AND ORDER

CASE NUMBER: B-04-073
CRIM. NO. B-03-172-1

I, LUIS ANTONIO HERNANDEZ, declare that I am the (check appropriate box)

[X] petitioner/~~plaintiff~~

[X] movant (filing 28 U.S.C. § 2255 motion)

[ ] respondent/defendant

[ ] other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

MOTION PURSUANT TO 28 U.S.C. 2255 IN WHICH I PRESENT THE MAIN ARGUMENT OF INEFFECTIVE ASSISTANCE OF COUNSEL.

In further support of this application, I answer the following questions.

1. Are you presently employed? [X] Yes [ ] No

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (List both gross and net salary)
   
   I AM AN ORDERLY AND GET PAID $26.16 per MONTH, AT THE FEDERAL CORRECTIONAL INSTITUTION P.O. BOX 9000 FORREST CITY, AR 72336.
   
   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment?  [ ] Yes [X] No
   b. Rent payments, interest or dividends?  [ ] Yes [X] No
   c. Pensions, annuities or life insurance payments?  [ ] Yes [X] No
   d. Gifts or inheritances?  [X] Yes [ ] No
   e. Any other source?  [ ] Yes [X] No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

I HAVE RECEIVED, AS GIFTS, FROM FAMILY AND FRIENDS $924.00 IN THE PAST 6 MONTHS.

28 U.S.C. § 2241 Writ of Habeas Corpus

Page 6

3. Do you own any cash, or do you have money in checking or savings accounts? (include any funds in prison accounts)  ☐ Yes  ☒ No
If the answer is "yes", state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property? (excluding ordinary household furnishings and clothing)  ☐ Yes  ☒ No
If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of June 2004

(Signature of Applicant)

## CERTIFICATE
(Prisoner Accounts Only)
(To be completed by the Institution of incarceration.)

I certify that the applicant named herein has the sum of $ 17.23 on account to his/her credit at the FCC Forrest City - Low institution where s/he is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution.

I further certify that, during the past six months, the applicant's average balance was $ 45.22

06/22/04
Date

Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied.<br><br>_____   _____<br>United States Judge   Date<br>or Magistrate Judge | The application is hereby granted Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor<br><br>_____   _____<br>United States Judge   Date<br>or Magistrate Judge |