**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Luis Antonio Hernandez
Reg. No 82033-079, H-D
Forrest City FCI
P. O. Box 9000
Forrest City, AR  72336-9000
CA B04-131 (11/16/04 Order)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  11 22 04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7003 1680 0006 5214 1376

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

